```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

ALFRED BARJOLO,
    Petitioner,

    v.                                            CIVIL ACTION NO.
                                                    18-11945-MBB

THOMAS M. HODGSON, Sheriff,
and STEVEN SOUZA, Superintendent
of Bristol County Jail and
House of Correction,
    Respondents.


**FINAL JUDGMENT**

**March 8, 2019**


**BOWLER, U.S.M.J.**

    It is **ORDERED** and **ADJUDGED** that the petition filed by petitioner Alfred Barjolo be **DISMISSED**.


                                                          /s/ Marianne B. Bowler
                                                          **MARIANNE B. BOWLER**
                                                          United States Magistrate Judge